State Bank of Chicago, defendant in error, v. Horace L. Brand et al., plaintiffs in error.  Gen. No. 29,962.

Scire facias to revive judgment.  Judgment entered and defendants bring error.  Error to the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1925.  Reversed.  Opinion filed March 2, 1926.

Cloyes, Klinger & Brosius and Earl Wiley, for plaintiffs in error, John Koelling and Richard Heide. No appearance for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.